[No. 17416-9-I. Division One. May 4, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
JON CHARLES LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-00362-1, Gerard M. Shellan, J., entered November 6, 1985. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Ringold, J.

[No. 17166-6-I. Division One. May 4, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
JACK H. KOBELT, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-1-00196-2, Gerald L. Knight, J., entered September 13, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Webster, J.

[No. 17243-3-I. Division One. May 4, 1987.]

JAMES GATTAVARA, ET AL, *Appellants,* v. HERBERT A. WILKE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-02716-1, George H. Revelle, J. Pro Tem., entered September 12, 1985. *Affirmed* by unpublished opinion per Callow, J. Pro Tem., concurred in by Thibodeau and Williams, JJ. Pro Tem.